**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

GAGE WADDLE,

      Plaintiff,

          v.                        CASE NO. 3:24-CV-487-CCB-SJF

JIM SMITH, DAN MEZA, JAKE
PEARCE, BEAU MARSH, MORGAN
DAILY, JOHN OR JANE DOES,

      Defendants.

**REPORT and RECOMMENDATION**

The undersigned issues the following report and recommendation based on Plaintiff Gage Waddle's failure to respond to two court orders.

On December 15, 2025, Plaintiff's counsel, Attorney Christopher Myers, filed a Motion to Withdraw, which the Court took under advisement in an order dated December 17, 2025**.** In this order, the Court also afforded Plaintiff until January 20, 2026, to secure new counsel or to file a status report indicating his intentions to proceed without representation.  [DE 26]. The Court advised Plaintiff that "[f]ailure to respond to this order may result in a dismissal of this case." [DE 26 at 2].

Plaintiff did not respond to the Court's order, nor did new counsel appear on his behalf. Accordingly, on January 29, 2026, the Court granted Attorney Myers' Motion to Withdraw, leaving Plaintiff without counsel. The Court afforded Plaintiff until February 27, 2026, to secure new counsel or to file a status report regarding his intentions to proceed with the case. The Court also ordered Plaintiff to show cause by that same date

regarding why sanctions should not be imposed for his lack of compliance with the Court's previous order. Finally, the Court warned Plaintiff that "failure to respond may result in the undersigned recommending dismissal of this case." [DE 28 at 2].

As of this date, Plaintiff has not responded to the Court's orders, nor has new counsel appeared on his behalf. Therefore, the undersigned can only assume that Plaintiff has abandoned his claims against Defendants. Accordingly, the undersigned **RECOMMENDS** that the Court **DISMISS** Plaintiff's case **WITHOUT PREJUDICE** for lack of prosecution and failure to comply with Court orders.

> **NOTICE IS HEREBY GIVEN that within fourteen (14) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. Fed. R. Civ. P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED** this 11th day of March 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge