UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

GAGE WADDLE,

    Plaintiff,

    v.

KOSCIUSKO COUNTY SHERIFF, et al.,

    Defendants.

Case No. 3:24-CV-487-CCB-SJF

## **ORDER**

On March 11, 2026, the magistrate judge entered a Report and Recommendation to dismiss this case without prejudice for lack of prosecution and failure to comply with Court orders. (ECF 31). Plaintiff, Gage Waddle, had been represented in this case by Attorney Christopher Myers. When Attorney Myers filed a motion to withdraw his appearance, the magistrate judge took the motion under advisement setting a deadline for Plaintiff to secure new counsel or file a status report indicating his intentions to proceed without representation. (ECF 26). In that order, Plaintiff was advised that "[f]ailure to respond to this order may result in a dismissal of this case." (*Id*. at 2).

The deadline passed without any response from Plaintiff. The magistrate judge then granted Attorney Myers's motion, which left Plaintiff without counsel. (ECF 28). A new deadline was set for Plaintiff to secure new counsel or file a status report regarding his intentions to proceed without representation. Plaintiff was also ordered to show cause by the same deadline why sanctions should not be imposed for his failure to comply with the Court's previous order. Plaintiff was warned a second time that

"failure to respond may result in the undersigned recommending dismissal of this case." (*Id*. at 2).

When that deadline passed on February 27, 2026, without any response from Plaintiff, the magistrate judge recommended the case be dismissed without prejudice for lack of prosecution and failure to comply with the Court's orders. (ECF 31).

Under Rule 72(b), Plaintiff had 14 days to object to the magistrate judge's recommendation, which he did not do. Accordingly, the Court **ADOPTS** the magistrate judge's recommendation (ECF 31) and **DISMISSES** this case **WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b). This order terminates the case.

SO ORDERED on March 26, 2026.

/s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT